AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

FREDERICK SCAROLA

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309

CR-SEITZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FREDERICK SCAROLA__
Name

MAGISTRATE JUDGE GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) obstruction of justice

in violation of Title __18__ United States Code, Section(s) __1511__

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_ Jimmy Butler
Signature of Issuing Officer

BSS
Bail fixed at $ 50,000 Corporate Surety Bond with
Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER   _(signature)_
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |