# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FORT LAUDERDALE

DEFT: Frederick Scarola (J)#   CASE NO: 00-6309-CR-Seitz
AUSA: Brian McCormick/Diana Fernandez   ATTNY: _____
AGENT: _____   VIOL: 18:1962,1963,1955,1956,1957, 1511,894,892
PROCEEDING: Initial Appearance   BOND REC: 50,000 CSB w/Nebbia
BOND HEARING HELD: (yes)/no sworn   COUNSEL APPOINTED: no cnsl present
BOND SET @ 50,000 CSB w/Nebbia
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS (as directed)/or ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

No illegal drugs or excessive alcohol
reside @ current address

Ore tenus m/unseal Granted

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Advised of charges
deft to retain Andy Siegel possibly

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/(BOND) HEARING: 10/31   10   miami duty
PRELIM/(ARRAIGN) OR REMOVAL: 10/31   10   miami duty
STATUS CONFERENCE: _____

DATE: 10-26-00   TIME: 11:00am   TAPE # 00-083   PG # @ around 600

Ord 2425

#31 HL