UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

Plaintiff

Frederick Scarola

v.

Defendant

CASE NO. 00-6309-cr-Seitz

REPORT COMMENCING CRIMINAL ACTION

55523-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed.  Information not applicable or unknown will
be indicated as "N/A".

1. Date and time of arrest: 10/26/00 @ 5:15a

2. Spoken language: English

3. Offense(s) charged: 18 USC 1511- obstruction

4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN

5. Date of birth: 12/3/47

6. Type of charging document: (Check One)
[X] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
CASE NO. 00-6309        CASE NO. _____
DISTRICT: SDF        (Where warrant or complaint is filed.)

[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PROBATION VIOLATION WARRANT
[ ] PAROLE VIOLATION WARRANT

COPY OF WARRANT LEFT WITH BOOKING OFFICER: [ ] YES [ ] NO

AMOUNT OF BOND. _____
WHO SET BOND. _____

7. REMARKS: _____

8. DATE: _____   9. ARRESTING OFFICER _____

10. AGENCY: _____   11. PHONE NO. _____

#43
HN