# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   517230

UNITED STATES OF AMERICA

V.

FREDERICK SCAROLA

**WARRANT FOR ARREST**

CASE NUMBER: **00-6309**

CR-SEITZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FREDERICK SCAROLA__
Name

MAGISTRATE JUDGE GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) obstruction of justice

in violation of Title __18__ United States Code, Section(s) __1511__

__CLARENCE MADDOX__
Name of Issuing Officer

_(signature) Denny Butler_
Signature of Issuing Officer

BSS
Bail fixed at $ 50,000 Corporate Surety Bond with Nobbio

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

__10/24/00 - Fort Lauderdale, Florida__
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at  Ft. Lauderdale, FL |||
| DATE RECEIVED  10/24/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone  United States Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER  _(signature)_  Edward Purchase, SDUSM |
| DATE OF ARREST  10/26/00 | | |

#130