UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-6304-CR-PAS

UNITED STATES OF AMERICA,

v.

Fredrick Scarola

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

FILED BY ___ NOV -1 AM 00
CLERK U.S.
S.D. OF FL.

COMES NOW _Lance Armstrong, Esq_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing documents necessary to collateralize any personal surety bond which may be set.**

Counsel's Name (Printed) _Lance Armstrong, Esq_

Counsel's Signature _____

Address _1035 NW 4 Ave_

_Miami, FL_   ZIP CODE: _33136_

Telephone _(305) 547-2555_

#161
#1