UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. __00-6309-CR-SEITZ__

UNITED STATES OF AMERICA,

vs.

FREDERICK SCAROLA

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

_____

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__  Private counsel __John F. Cotrone__ appeared in open court and is noted as permanent counsel of record.

_____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____  The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____  The arraignment is reset to _____ at 10:00 a.m.

**DONE AND ORDERED** at Miami, Florida this __7TH__ day of __NOVEMBER__, 2000.

TAPE NO. 00C __79-249__

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA  _Mulvihill_

#211