UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6309CR-SEITZ

UNITED STATES OF AMERICA,    MAGISTRATE: GARBER

    Plaintiff,

vs.    **NOTICE OF APPEARANCE**
    **FOR REPRESENTATION @ DISTRICT**
FREDERICK SCAROLA,    **COURT LEVEL AND FOR TRIAL PURPOSES**

    Defendant.
_____/

COMES NOW the Law Offices of JOHN F. COTRONE, ESQ., and files this Appearance as Attorney of Record for the Defendant herein.

I HEREBY CERTIFY that the original hereof has been furnished to the Clerk of the United States District Court, Federal Courthouse Square, 301 North Miami Avenue, Miami, Florida 33128; and a true correct copy hereof to J. Brian McCormick, Assistant United States Attorney, 99 Northeast Fourth Street, Miami, Fl 33132, this 6th day of November, 2000.

    JOHN F. COTRONE, P.A.
    Attorney for the Defendant
    509 S.E. 9th Street, Suite 1
    Ft. Lauderdale, Fl 33316
    (954) 779-7773

    By: _____
        JOHN F. COTRONE
        Fla./Bar No. 0827762