UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

FREDERICK SCAROLA

       Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 55523-004

Language: ___

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:_____

                    Tel. No:_____

Defense Counsel:    Name : John F. Cotrone
                 Address: 509 SE 9 St. #1
                       Ft Lauderdale, FL 33316
                 Tel. No: (954) 779-7773

Bond Set/Continued:    $50,000 CSB W/NEBBIA

Dated this 7TH day of NOVEMBER, 2000.

CLARENCE MADDOX, CLERK

BY  KAREN SUSSMANN
     Deputy Clerk

c: U.S. Attorney Mulvihill
   Defense Counsel
   Pretrial Services
   Clerk for Judge

TAPE NO. 00C 79
DIGITAL START NO. 209

#213
HM