UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309CR-SEITZ

UNITED STATES OF AMERICA,    MAGISTRATE: GARBER

    Plaintiff,

vs.

FREDERICK SCAROLA,

    Defendant.
_____/

## MOTION TO ADOPT CO-DEFENDANTS' PLEADINGS

COMES NOW the Defendant, FREDERICK SCAROLA, by and through his undersigned counsel, and moves this Honorable Court for an order allowing him to adopt all pleadings filfed by his co-defendants, unless specifically opts out in writing filed with the Court.

WHEREFORE, the Defendant, FREDERICK SCAROLA, prays that this Court grant the relief requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail, this 20 day of November, 2000, to:

AUSA J. Brian McCormick, Esq.
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33301

David G. Vinikoor, Esq.
420 SE 12 St.
Ft. Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)



**NON-COMPLIANCE OF S.D. fla. L.R. 7.1A-Y**

Lothar Genge, Esq.
1020 Russell Dr.
Highland Beach, FL 33487
(Counsel for Jeffrey Bass)

James Benjamin, Esq.
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
(Counsel for Mark Carattini)

Neil M. Nameroff, Esq.
100 SE 2 Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Charles Wender, Esq.
190 W. Palmetto Park Rd.
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

Peter Raben, Esq.
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul Difilippi)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Sutie 328
Miami, FL 33156

Brian L. Tannebaum, Esq.
200 S. Biscayne Blvd., Suite 2690
First Union Financial Center
Miami, FL 33131
(Counsel for Michael Buccinna)

Donald R. Spadaro, Esq.
100 S. Federal Highway, Suite 103
Ft. Lauderdale, FL 33316
(Counsel for Julius B. Chiusano)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Celeste S. Higgins, AFPD
150 W. Flagler St., Suite 1700
Miami, FL 33130
(Counsel for Charles Clay)


Jeffrey M. Harris, Esq.
One East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
(Counsel for David Bell)

                JOHN F. COTRONE, P.A.
                Attorney for the Defendant
                509 S.E. 9th Street, Suite 1
                Ft. Lauderdale, Fl 33316
                (954) 779-7773

                By: _____
                     JOHN F. COTRONE
                     Fla. Bar No. 0827762