UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK SCAROLA,

    Defendant.
_____/

FILED by ___ D.C.
NOV 27 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER ON MOTION TO ADOPT CO-DEFENDANTS' PLEADINGS

THIS CAUSE came on for consideration upon Defendant. FREDERICK SCAROLA's Motion to Adopt Co-Defendants' Pleadings. and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion to Adopt Co-defendants' Pleadings is hereby _Granted_.

DONE AND ORDERED in Dade County. Florida, this 22nd day of November, 2000.

_____
HONORABLE PATRICIA A. SEITZ
U.S. District Court Judge

Copies furnished to:

AUSA J. Brian McCormick, Esq.
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33301

David G. Vinikoor, Esq.