IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309 CR-SEITZ

UNITED STATES OF AMERICA

  Plaintiff,

vs.

FREDERICK SCAROLA, et al,

  Defendant.
_____/

## MOTION TO TRAVEL

COMES NOW the Defendant, FREDERICK SCAROLA, by and through his undersigned counsel, and files this Motion to Travel outside the Southern District of Florida, and as grounds therefore, would state as follows:

1. On or about November 3, 2000, the Defendant posted bond in the above-styled cause.

2. The Defendant has a pre-planned vacation to visit his daughter, Theresa Pedota, in Hicksville, New York, for the Christmas holiday, commencing the afternoon of December 20, 2000, and returning January 3, 2001.

3. The Defendant's daughter has recently given birth and the Defendant would like to spend Christmas with his daughter and her family.

4. That the undersigned counsel has spoken with the Defendant's Pretrial Officer, Kathleen Hunt, who has stated that she has no objection to the Defendant's request for travel.

5. That undersigned counsel's office has spoken with Assistant United States Attorney J. Brian McCormick, who has indicated that he has no objection to this motion for travel.

WHEREFORE, the Defendant, FREDERICK SCAROLA, would respectfully request this

Honorable Court enter an Order permitting the Defendant to travel outside the Southern District of Florida, departing the afternoon of December 20, 2000, and returning January 3, 2001.

    Respectfully submitted,

    JOHN F. COTRONE, P.A.
    Attorney for the Defendant
    509 S.E. 9th Street, Suite 1
    Ft. Lauderdale, Fl 33316
    Tel: (954) 779-7773

    By: _____
    JOHN F. COTRONE
    Fla. Bar No. 0827762

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Travel was furnished by U.S. mail, this 15th day of December, 2000, to:

AUSA J. Brian McCormick, Esq.
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33301

David G. Vinikoor, Esq.
420 SE 12 St.
Ft. Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Lothar Genge, Esq.
1020 Russell Dr.
Highland Beach, FL 33487
(Counsel for Jeffrey Bass)

James Benjamin, Esq.
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
(Counsel for Mark Carattini)

Neil M. Nameroff, Esq.
100 SE 2 Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Charles Wender, Esq.
190 W. Palmetto Park Rd.
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

Peter Raben, Esq.
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul Difilippi)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156

Brian L. Tannebaum, Esq.
200 S. Biscayne Blvd., Suite 2690
First Union Financial Center
Miami, FL 33131
(Counsel for Michael Buccinna)

Donald R. Spadaro, Esq.
100 S. Federal Highway, Suite 103
Ft. Lauderdale, FL 33316
(Counsel for Julius B. Chiusano)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Celeste S. Higgins, AFPD
150 W. Flagler St., Suite 1700
Miami, FL 33130
(Counsel for Charles Clay)

Jeffrey M. Harris, Esq.
One East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
(Counsel for David Bell)

JOHN F. COTRONE, P.A.
Attorney for the Defendant
509 S.E. 9th Street, Suite 1
Ft. Lauderdale, Fl 33316
(954) 779-7773

By: _____
JOHN F. COTRONE
Fla. Bar No. 0827762