IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK SCAROLA, et al,

    Defendant.

_____/

CASE NO.: 00-6309-CR-SEITZ

FILED by _____ D.C.

DEC 1 9 2000

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER ON DEFENDANT'S MOTION TO TRAVEL

THIS CAUSE having come on to be considered on Defendant's Motion to Travel, and the Court being fully advised in the premises, it is,

ORDERED AND ADJUDGED that the Defendant's Motion to Travel is hereby *Granted*, and it is further

ORDERED that the Defendant shall be permitted to travel the afternoon of December 20, 2000, to Hicksville, New York, for the holidays, and returning January 3, 2001.

DONE AND ORDERED in Fort Lauderdale, Broward County, Florida, this 18th day of December, 2000.

THE HONORABLE PATRICIA A. SEITZ
U.S. District Court Judge

Copies furnished to:

AUSA J. Brian McCormick, Esq.
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33301