UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

FREDERICK SCAROLA
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 55523-004

Language: _English_

    The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

                Tel. No:

Defense Counsel:  Name: JOHN ARMSTRONG ESQ.

                Address: 1035 NW 11TH AVE.
                          MIAMI, FL., 33136

                Tel. No: (305) 547-2555

Bond Set/Continued:    $50,000 CSB/NEBBIA

DATED this 6th day of FEBRUARY, 2001.

CLARENCE MADDOX, CLERK,

BY    NANCY J. FLOOD
        Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2001H- 7
DIGITAL START NO. 1070