IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6309 CR-SEITZ

Plaintiff,

vs.

FREDERICK SCAROLA, et al,

Defendant.
_____/

ORDER ON DEFENDANT'S MOTION TO TRAVEL

THIS CAUSE having come on to be considered on Defendant's Motion to Travel, and the Court being fully advised in the premises, it is,

ORDERED AND ADJUDGED that the Defendant's Motion to Travel is hereby GRANTED, and it is further

ORDERED that the Defendant shall be permitted to travel the morning of April 25, 2001, to Hicksville, New York, for his son's wedding and granddaughter's Confirmation, and shall return by May 16, 2001.

DONE AND ORDERED in Fort Lauderdale, Broward County, Florida, this 17 day of March ~~February~~, 2001.

THE HONORABLE PATRICIA A. SEITZ
U.S. District Court Judge
Mag.

Copies furnished to:

AUSA J. Brian McCormick, Esq.
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33301

Ofc. Kathleen Hunt
Department of Corrections


David G. Vinikoor, Esq.
420 SE 12 St.
Ft. Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Lothar Genge, Esq.
1020 Russell Dr.
Highland Beach, FL 33487
(Counsel for Jeffrey Bass)

James Benjamin, Esq.
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
(Counsel for Mark Carattini)


Neil M. Nameroff, Esq.
100 SE 2 Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Charles Wender, Esq.
190 W. Palmetto Park Rd.
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

Peter Raben, Esq.
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul Difilippi)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
(Attorney for Mark Weiss)

Brian L. Tannebaum, Esq.
First Union Financial Center
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Donald R. Spadaro, Esq.
1000 S. Federal Highway, Suite 103
Ft. Lauderdale, FL 33316
(Counsel for Julius B. Chiusano)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Celeste S. Higgins, AFPD
150 W. Flagler St., Suite 1700
Miami, FL 33130
(Counsel for Charles Clay)

Jeffrey M. Harris, Esq.
One East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
(Counsel for David Bell)

Emmanuel Perez, Esq.
2121 Ponce deLeon Blvd., Ste 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

John Howes, Esq.
633 SE 3 Ave.
Ft. Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

David B. Rothman, Esq.
First Union Financial Center
200 S. Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

**UNITED STATES DISTRICT COURT**
301 NORTH MIAMI AVENUE
FIFTH FLOOR
MIAMI, FLORIDA 33128-7788

PATRICIA A. SEITZ
DISTRICT JUDGE

(305) 523-5530

March 15, 2001

## NOTICE TO ATTORNEYS AND LITIGANTS

On Monday, March 19, 2001, this division of Court shall fully implement and commence utilization of the FAXBACK program. This program will permit the Clerk of Court to transmit via telefax copies of all orders, judgments and notices of scheduled court hearings to all parties listed on the Court docket who have provided their fax number to the Clerk.

If you have a fax machine but have not been receiving copies of the documents referred to above via facsimile, please complete the attached authorization and fax or mail it to the Clerk of Court.

If you do not have a fax machine, copies of the Court orders will be sent to you by regular U.S. mail.

For the FAXBACK system to become fully implemented, all original proposed orders (submitted with motions) must include a current Service List containing the following information:

>   Name of Attorney (or Pro Se Litigant)
>   Name of Firm (if applicable)
>   Mailing Address
>   Phone Number
>   Fax Number
>   Counsel for __(identify party)__

The FAXBACK program will, in addition to the other obvious advantages, effectuate a substantial saving to counsel in that it eliminates the need to furnish addressed, postage-paid envelopes with every motion, as has been required in the past under Local Rules.

If you need more information, please call (305) 523-5212. The Court appreciates your cooperation in the implementation of this new service to the Bar.



## A FAX in Time

Save time by receiving orders and judgments via fax. Here is how it works:

Attorneys who participate in this program authorize the Clerk of Court to fax:

- copies of orders
- judgments
- notices entered in civil cases
- notices entered in criminal cases

Faxes are sent directly to the firm's fax number in lieu of mailing a copy of the order.

The Clerk's Office maintains a report confirming receipt by parties of the electronic notice.

If the Clerk is unable to confirm receipt of the electronic notice, a notice by mail will be effected the following business day.

## Sign-Up Today

To sign-up:

1. Complete the attached response form.
2. Stamp and mail the form back to us.

--- OR ---

Fax the form to the Clerk's Office at:
(305) 523-5289

For more information, call:
(305) 523-5212

**Please Note:** The Court needs to be promptly notified in writing of any address, firm, phone or fax number change in each of your active cases.

---

**Authorization to Send Orders and Judgments by Facsimile Transmission**

I authorize the Clerk of Court for the Southern District of Florida to transmit notification of entries of judgments, orders, and notices of hearings by facsimile transmission in any case in which this capability exists and I appear as attorney of record. I understand that this electronic transmission will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission:

Fax Phone # _____        Firm Name _____

Phone # _____            Attorney Name _____

State Bar # _____        Street Address _____

Signature _____          City, State, Zip _____

List of my active Cases: _____