UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309CR-SEITZ

MAGISTRATE: GARBER

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

FREDERICK SCAROLA,

 Defendant.
_____/

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST FOR HEARING

COMES NOW the undersigned counsel, JOHN F. COTRONE, ESQ., and respectfully requests that this Honorable Court allow him to withdraw as attorney of record for Defendant, FREDERICK SCAROLA, and as grounds would state unto this Court the following:

1. That irreconcilable differences exist between Defendant and undersigned counsel.

2. That Assistant United States Attorney, Brian McCormick, takes no position in this request.

3. Other grounds to be argued ore tenus.

WHEREFORE, based upon the foregoing, undersigned counsel, JOHN F. COTRONE, ESQ., respectfully requests that this Honorable Court grant this motion to withdraw as attorney of record, relieving the undersigned from any further duties or obligations in the above-styled matter, and/or set this matter for hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S.

mail, this 3rd day of August, 2001, to:

AUSA J. Brian McCormick, Esq.
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33301

David B. Rothman, Esq.
First Union Financial Center
200 S. Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

John Howes, Esq.
633 SE 3 Ave.
Ft. Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana Jhones, Esq.
330 Biscayne Blvd., Suite 625
Miami, FL 33132
(Counsel for David Morgenstern)

Emmanuel Perez, Esq.
2121 Ponce deLeon Blvd., Ste 920
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

Donald R. Spadaro, Esq.
1000 S. Federal Highway, Suite 103
Ft. Lauderdale, FL 33316
(Counsel for Julius B. Chiusano)

Brian L. Tannebaum, Esq.
First Union Financial Center
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Michael Tarre, Esq.
2 S. Biscayne Blvd., Suite 3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

Charles Wender, Esq.
190 W. Palmetto Park Rd.
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

James S. Benjamin, Esq.
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
(Counsel for Mark Carattini)

Peter Raben, Esq.
200 S. Biscayne Blvd., Suite 5100
Miami, FL 33131
(Counsel for Paul DeFilippi)

Neil M. Nameroff, Esq.
100 SE 2 Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Richard Hamar, Esq.
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(Counsel for Charles Clay)

Jon May, Esq.
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL 33301
(Counsel for Charles Clay)

Charles White, Esq.
2250 SW 3 Ave., Suite 150
Miami, FL 33129
(Counsel for Peggy Preston)

Philip Horowitz, Esq.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

David G. Vinikoor, Esq.
420 SE 12 St.
Ft. Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

Jeffrey M. Harris, Esq.
One East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
(Counsel for David Bell)

                              JOHN F. COTRONE, P.A.
                              Attorney for the Defendant
                              509 S.E. 9th Street, Suite 1
                              Ft. Lauderdale, Fl 33316
                              Tel: (954) 779-7773

By: _____
       JOHN F. COTRONE
       Fla. Bar No. 0827762