UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

FREDERICK SCAROLA, et al.,

Defendants.
_____/



## ORDER

THIS CAUSE is before the Court on the Motion to Withdraw as Attorney of Record for the defendant Frederick Scarola. Upon due consideration of same, it is hereby

ORDERED that a hearing will be held on said motion on Monday, the 13th day of August, 2001 at 3:30 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of August, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record