CRIMINAL MINUTES/CALENDAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA     TIME: 3:30-3:45

THE HONORABLE BARRY L. GARBER PRESIDING

CASE NO.   00-6309-CR-SEITZ        DATE: August 13, 2001

CLERK:   Karen Sussmann            REPORTER/TAPE NO. 01C:

PTS/USPO:   None                   INTERPRETER:   none

**UNITED STATES OF AMERICA vs. FREDERICK SCAROLA (BOND)**

AUSA:   BRIAN McCORMICK

DEFENDANT(S) COUNSEL:   JOHN F. COTRONE, ESQ.

DEFENDANT(S)   PRESENT  X   NOT PRESENT _____ IN CUSTODY _____

REASON FOR HEARING:   MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST FOR HEARING

RESULTS OF HEARING:   Hearing held; motion granted; Clerk to appoint CJA counsel; Order to follow