UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309CR-SEITZ

UNITED STATES OF AMERICA,    MAGISTRATE: GARBER

    Plaintiff,

vs.

FREDERICK SCAROLA,

    Defendant.

_____/

### ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD

THIS CAUSE came on for consideration upon defense counsel, JOHN F. COTRONE's Motion to Withdraw as Attorney of Record for the above-named Defendant, and the Court being fully advised in the premises, it is,

ORDERED AND ADJUDGED that defense counsel's Motion to Withdraw as Attorney of Record is hereby __GRANTED__. David Tarlow, Esq., a member of the Criminal Justice Act Panel, is hereby appointed to represent the defendant in this matter.

DONE AND ORDERED in Dade County, Florida, this 14th day of August, 2001.

                /s/ Barry L. Garber
                U.S. MAGISTRATE BARRY L. GARBER

Copies furnished to:

AUSA J. Brian McCormick, Esq.
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33301

John F. Cotrone, Esq.
509 SE 9 St.
Ft. Lauderdale, FL 33316

David Tarlow, Esq.