UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ (s)(s)



UNITED STATES OF AMERICA,

vs.

FREDERICK SCAROLA
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: _English_

The above-named Defendant appeared before **Magistrate Judge WILLIAM C. TURNOFF**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case**. The following information is current as of this date:

**Defendant:**  Address: ____BOND____

Tel. No: _____

**Defense Counsel:**  Name : _DAVID TARLOW_

Address: _801 BRICKELL AVENUE #1901_

_MIAMI, FL 33131-2900_

Tel. No: _____

**Bond Set/Continued:**  $50,000CSB

Dated this _30th_ day of _AUGUST_, 2001.

CLARENCE MADDOX, CLERK

BY __PATRICIA MITCHELL__
      Deputy Clerk

c: CRD
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 01G-65-233
DIGITAL START NO. 233