UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMOME, et al.,
_____/

FILED by _____ D.C.
AUG 30 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE RESETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that the Status Conference set for September 18, 2001, at 8:30 a.m. is **CANCELED**, and is reset for **September 21, 2001, at 8:30 a.m.**

DATED: August 30, 2001

By Order of the Court
Clarence Maddox, Clerk

By _____
Deputy Clerk

Copies to:
See attached Service List

Rec'd in MIA Dkt 9-4-01

SERVICE LIST
00-6309-CR-SEITZ, USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

David Rothman, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for John Mamone*

John R. Howes, Esq. (CJA)
633 S.E. 3rd Avenue
Suite 4F
Fort Lauderdale, FL 33301
*Counsel for Fred Morgenstern*

Ana Jhones, Esq. (CJA)
330 Biscayne Blvd.
Suite 625
Miami, FL 33132
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for Michael Buccinna*

Michael Tarre, Esq.
Counsel for Jeffrey Bass
2 South Biscayne Blvd.
Suite 3250
Miami, FL 33131
*Counsel for Jeffrey Bass*

John F. Cotrone, Esq.
509 S.E. 9th Street
Suite 1
Fort Lauderdale, FL 33316
*Counsel for Frederick Scarola*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
*Counsel for Mark Carattini*

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131
*Counsel for Anson Klinger*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Charles White, Esq. (CJA)
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133
*Counsel for Peggy Preston*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316
*Counsel for Jacolyn Baruch*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
*Counsel for David Bell*

Kenneth Swartz, Esq.
100 North Biscayne Blvd.
Sutie 2100
Miami, FL 33132
*Counsel for John O'Sullivan*