UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

01 SEP 12 PM 2: 23

Case No. 00-6309-CR-SEITZ
Magistrate Garber

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| FREDERICK SCAROLA | ) |
| Defendant. | ) |

## MOTION FOR PERMISSION TO MOVE

Defendant, Frederick Scarola, by and through undersigned counsel, pursuant to the terms and conditions of the Defendant's Pre-Trial Release conditions, respectfully requests this Court grant an Order allowing the Defendant to change move and change his permanent to Hicksvile, New York. As grounds for this Motion, the following is submitted:

1. The Defendant has been released from detention via a $50,000.00 corporate security bond with the special condition[1] that he continue to reside at 8205 NW 59th Street, Tamarac, Florida 33321.

2. Defendant, a native New Yorker, has his immediate family residing in New York.

3. Defendant is looking to move from his current residence and reside in the home of his daughter, located at 227 Princess Street, Hicksville, New York, 11801, telephone number (516)931-5126 until the time of trial in this cause.

4. While living in New York, Defendant plans to find lawful, gainful employment as a house painter and continue to abide by all of the terms and conditions of his bond which is has done.

---

[1] Defendant is also required to report to Pre-Trial Services weekly and is further prohibited from traveling outside the Southern District of Florida.

SPENCER & KLEIN
PROFESSIONAL ASSOCIATION

5. Defendant has been advised by his Pre-Trial Service Officer that the Federal Government has a Pre-Trial Service Office located in close proximity to Hicksville, New York.

6. Pursuant to Local Rule 88.9 (A), undersigned counsel has contacted Assistant United States Attorneys Brian McCormick and Diana Fernandez who object to this request.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to, Assistant U.S. Attorney Brian McCormick, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394 this 14th day of September, 2001.

SPENCER & KLEIN, P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By: _____
David M. Tarlow
Fla. Bar #893684