UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

FREDERICK SCAROLA, et al.,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on the defendant Scarola's Motion for Permission to Move, which this Court set for hearing on September 25th, 2001. The Court has now been advised by AUSA Brian McCormick that the government has no objection to the granting of said motion. Accordingly, and the Court being advised in the premises, it is hereby

ORDERED that the hearing as scheduled is canceled and said Motion for Permission to Move is GRANTED. The defendant is given leave to change his residence to 227 Princess Street, Hicksville, New York 11801. All remaining conditions of release shall remain in effect. The defendant shall, prior to moving, advise Pretrial Services of his new location and shall continue thereafter to report to Pretrial Services at its office in proximity to Hicksville.

DONE AND ORDERED in Chambers at Miami, Florida September 25th, 2001.

                                          BARRY L. GARBER
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record
Pretrial Services