UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ
Magistrate Garber

FILED by _____
01 OCT -3 PM 3: 22
LARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| FREDERICK SCAROLA | ) |
| Defendant. | ) |

## FREDERICK SCAROLA'S ITEMIZATION OF EXPENSES

Defendant, Frederick Scarola, by and through undersigned counsel, pursuant to the October 2, 2001 Order of this Honorable Court, hereby files his itemization of CJA costs.

1. Defendant, Frederick Scarola, has incurred **$0.00** in expenses in this cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to Assistant U.S. Attorney Brian McCormick, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394 this 2nd day of October, 2001.

SPENCER & KLEIN, P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By: _____
David M. Tarlow
Fla. Bar #893684

SPENCER & KLEIN
PROFESSIONAL ASSOCIATION