UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ
Magistrate Garber

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
v. )
)
FREDERICK SCAROLA )
)
    Defendant. )
_____/

### DEFENDANT'S NOTICE OF TRIAL CONFLICT

Defendant, Frederick Scarola, by and through undersigned counsel, respectfully files the following Notice of Trial Conflict for the presently scheduled trial set to commence the week of February 11, 2002. United States v. Arias et.al., Case No.: 00-0683-CR-LENARD.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to, Assistant U.S. Attorney Brian McCormick, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394 this 14th day of September, 2001.

SPENCER & KLEIN, P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By: _____
David M. Tarlow
Fla. Bar #893684