# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. Frederick Scarola                                  Docket No. 00-6309-CR-SEITZ

Petition for Action on Conditions of Pretrial Release

COMES NOW Kathleen Shannon-Hunt, pretrial services officer, presenting an official report upon the conduct of defendant Frederick Scarola, who was placed under pretrial release supervision by the Honorable Barry S. Seltzer sitting in the Court at Ft Lauderdale, on September 26, 2000, under the following conditions:

Surrender passport, report to Pretrial as directed, no use of narcotics or illegal drugs, random urine testing and treatment as deemed appropriate, no alcohol to excess, maintain or seek full time employment, no victim/witness contact, no firearms, Southern District of Florida travel, and maintain address.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant did violate the law in that he did drive under the influence on November 4, 2000 as evidenced by his arrest for DUI by the Broward County Sheriff's Office on November 4, 2000 and his subsequent conviction on DUI charges in Broward County Circuit Court on October 4, 2001 under case number 00-027219MM10A.

The defendant did use alcohol to excess as evidenced by his arrest for DUI by the Broward County Sheriff's Office on November 4, 2000 and his subsequent conviction on DUI charges in Broward County Circuit Court on October 4, 2001 under case number 00-027219MM10A.

PRAYING THAT THE COURT WILL ORDER THE BOND MODIFIED TO INCLUDE THE ADDED SPECIAL CONDITION THAT THE DEFENDANT COMPLY WITH A CURFEW FROM 9:00 P.M. UNTIL 6:00 A.M.

ORDER OF COURT _Granted requested modification_.   Respectfully,

Considered and ordered this __16th__ day of __October__, __2001__ and ordered filed and made a part of the records in the above case.

_____
Honorable Patricia A. Seitz
U.S. District Judge

Kathleen Shannon-Hunt
U.S. Pretrial Services Officer

Place: Fort Lauderdale

Date: October 11, 2001