UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           Case No. 00-6309-CR-PAS

   v.                              MIAMI, FLORIDA
                                              February 6, 2002
                                              VOLUME I
                                              PAGES 1 TO 13

FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
FREDERICK SCAROLA
CHARLES CLAY
MARK WEISS
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL

FEB - 8 2002

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:
                        BRIAN MC CORMICK, ESQ.
                        DIANA FERNANDEZ, ESQ.
                        JAMES PAVLOCK, ESQ.
                        Assistant United States Attorneys
                        99 N.E. 4th Street
                        Miami, FL 33132

REPORTED BY:      DAVID S. EHRLICH, RPR
                  Official Court Reporter
                  301 N. Miami, Room 504
                  Miami, Florida 33128-7788
                  (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

F. MORGENSTERN      WILLIAM NORRIS, ESQ.

D. MORGENSTERN      SCOTT SAKIN, ESQ.

J. SILVESTRI        EMMANUEL PEREZ, ESQ.

C. CLAY             JON MAY, ESQ.

M. WEISS            PHILLIP HOROWITZ, ESQ.

F. SCAROLA          DAVID TARLOW, ESQ.

J. RUSSO            JAYNE WEINTRAUB, ESQ.

D. RUSSO            HOWARD SREBNICK, ESQ.
```

DAVID S. EHRLICH - OFFICIAL COURT REPORTER