UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**FREDERICK SCAROLA,**

       Defendant.
_____/



### ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant **FREDERICK SCAROLA**.

                                  GUY A. LEWIS
                                  UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

                                  WILLIAM P. DIMITROULEAS 4/1/02
                                  UNITED STATES DISTRICT JUDGE

Date: 4/1/02

cc:
U. S. Marshal Service
Pretrial Services
AUSA Diana L.W. Fernandez
AUSA J. Brian McCormick
David Tarlow, Esquire
Probation

