FILED by ___ D.C.

APR 16 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

1
2
3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

4   UNITED STATES OF AMERICA,      .   CASE 00-6309CR-SEITZ
                                    .
5            PLAINTIFF,             .   MIAMI, FLORIDA
                                    .   JULY 23, 2001
6       v.                          .
                                    .
7   JOHN MAMONE, FRED               .
    MORGENSTERN, DAVID              .
8   MORGENSTERN, JOSEPH             .
    SILVESTRI, JULIUS BRUCE         .
9   CHIUSANO, MICHAEL BUCCINNA,     .
    JEFFREY BASS, FREDERICK         .
10  SCAROLA, GIUSEPPE               .
    BELLITTO, MARK CARATTINI,       .
11  PAUL DIFILIPPI, ANSON           .
    KLINGER, JOSEPH                 .
12  SPITALERI, CHARLES CLAY,        .
    PEGGY PRESTON, MARK WEISS,      .
13  JACOLYN BARUCH,                 .
    and DAVID BELL,                 .
14                                  .
             DEFENDANTS.            .
15
    . . . . . . . . . . . . . . . .

16
17
18

19        TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS HAD

20        BEFORE THE HONORABLE WILLIAM M. HOEVELER,

21             UNITED STATES DISTRICT JUDGE.

22

23                    - - - -

24             PAGES 1 THROUGH 11

25                    - - - -

 

Original