**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service    2003 OCT -7  AM II: 4

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of AMerica    FILED BY _____ D.C. | 00-6309-CR-WPD |
| DEFENDANT    2004 FEB -5  AM 10: 35 | TYPE OF PROCESS |
| David Morgenstern | Amended Order Of Forfeiture |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | 7534 Estrella Circle, Boca Raton, FL |
| | **ADDRESS** *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| AT | 7534 Estrella Circle, Boca Raton, FL |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| William H. Beckerleg, Jr. <br> 500 E. Broward Blvd., Suite 700 <br> Ft. Lauderdale, FL 33394 | Number of process to be served with this Form - 285    **1** |
| | Number of parties to be served in this case    **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

*seize*

PLease serve/ arrest the above referenced defendant property as soon as possible.

Asset I.D. # 01-FBI-005130

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| William H. Beckerleg, Jr. | | (954)660-5655 | 10/6/03 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 4 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk    10/1/03 | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service    1/27/04 | Time    1300    pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 368-7845   883-9017   12/24/03  1200 hrs. Left letter to vacate inside house per AUSA Bill Beckerleg Jr. 1/27/04 the above address was tagged, stickered and inventoried. The keys were turned over to John Mupee & Spectrum.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|